IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN GREEN, | ) | 8:05CV294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| NORFOLK REGIONAL CENTER, | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 8) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

September 23, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge